# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Glen Ellyn Pharmacy, Inc.
                    Plaintiff,

v.                                              Case No.: 1:11−cv−07329
                                                Honorable Ruben Castillo

ScriptPro, LLC, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 24, 2012:

    MINUTE entry before Honorable Ruben Castillo:The parties' stipulation to dismiss [29] is granted. Plaintiff's individual claims against Defendant are dismissed with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. The status hearing set for 3/20/2012 is vacated. Plaintiff's motion for class certification [4] is denied as moot. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.